No. 474. ROBINSON *v.* MICHIGAN. December 20, 1943. Petition for writ of certiorari to the Supreme Court of Michigan denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Mr. Edmund D. Campbell* for petitioner. *Messrs. Herbert J. Rushton,* Attorney General of Michigan, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent.

No. 490. TRICO PRODUCTS CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. December 20, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Messrs. Arthur A. Ballantine* and *George E. Cleary* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch, Morton K. Rothschild,* and *Alvin J. Rockwell* for respondent.

No. 476. UNITED STATES GYPSUM Co. *v.* BOWLES, PRICE ADMINISTRATOR. January 3, 1944. Petition for writ of certiorari to the United States Emergency Court of Appeals denied. *Mr. Charles M. Price* for petitioner. *Solicitor General Fahy* and *Mr. Nathaniel L. Nathanson* for respondent.

No. 500. BAKER *v.* UNITED STATES. January 3, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. David Getz* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key* and *Homer R. Miller,* and *Miss Helen R. Carloss* for the United States.